# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLA ROSS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC P. BUSH, Warden SCI-Pine Grove, | : | |
| THE DISTRICDT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA, and THE | : | |
| ATTORNEY GENERAL OF THE STATE | : | |
| OF PENNSYLVANIA | : | NO. 17-73 |

## ORDER

**NOW**, this 14th day of November, 2019, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1) and the Final Amended Petition for Writ of *Habeas Corpus* (Document No. 39), the response to the amended petition, the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Document No. 53), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Thomas J. Rueter is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* and the Final Amended Petition for Writ of *Habeas Corpus* are **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.